# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERNEST DAY

NO. 2023 KW 0760

**AUGUST 9, 2023**

---

In Re:    Ernest Day, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1473F2023.

---

BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.

**STAY DENIED. WRIT NOT CONSIDERED.** Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), by failing to include documentation of a timely request for a return date and the return date. Counsel also failed to include a copy of the district court's ruling, the pertinent court minutes, and all the bills of information. Although it is not a violation of the Uniform Rules, we note that counsel failed to include a copy of a trial transcript and a copy of any exhibits introduced at the hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on the issue presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT